BUTLER COUNTY BAR ASSOCIATION *v.* TURNER.

[Cite as *Butler Cty. Bar Assn. v. Turner* (2000), 89 Ohio St.3d 119.]

(No. 99–2262—Submitted February 9, 2000—Decided May 31, 2000.)

120

*Sandford I. Casper* and *Leslie S. Landen,* for relator.

*William C. Mann* and *Richard A. Cline,* for respondent.

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for six months with the entire six months stayed, on condition that during this stay, respondent shall establish a client trust account; respondent shall continue his treatment with a physician and psychologist specializing in sleep disorders; respondent shall complete six hours of continuing legal education relating to ethics, professionalism, and law office management and shall pay the Turner heirs $1,765.25; and respondent shall work with an attorney-mentor to be named by the relator. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

LUNDBERG STRATTON, **J., dissenting.** I dissent and would suspend respondent for one year with six months stayed with conditions. I believe that respondent's neglect was so severe that without the mitigation, it would warrant indefinite suspension. However, in consideration of his psychological and medication conditions, I believe a lighter sentence is warranted, but not a full stay of any suspension. Therefore, I respectfully dissent.